[Civil No. 974.   Filed June 18, 1907.]

[90 Pac. 601.]

ALLAN R. ENGLISH et ux., Defendants and Appellants,
v. THE TERRITORY OF ARIZONA at the Relation
and to the Use of JOHN W. BOGAN, Treasurer and
Ex Officio Tax Collector in and for the County of Pima,
Territory of Arizona, Plaintiff and Appellee.

1. MUNICIPAL CORPORATIONS—SPECIAL ASSESSMENTS—PENALTIES — IN-
TEREST—NOT ALLOWED ON ATTORNEY'S FEES.—A judgment in a
suit to collect a delinquent special assessment for municipal im-
provements should allow the statutory four per cent penalty only
on the amount of the recovery, exclusive of the attorney fee of
twenty-five per cent of the judgment.

APPEAL from a judgment of the District Court of the
First Judicial District, in and for the County of Pima.   John
H. Campbell, Judge.

ON REHEARING.

For former opinion, see *ante,* p. 87.

Modified and affirmed.

James Reilly, W. P. Miller, and A. C. Baker, for Appel-
lants.

S. L. Kingan, John B. Wright, and Wm. M. Lovell, for
Appellee.

PER CURIAM.—We have carefully reviewed the ques-
tions raised by this appeal in the light of the supplemental
briefs filed upon the rehearing, but find no reason to change
our views and decision as expressed in the opinion written
by Mr. Justice Sloan upon the original submission of the
cause.   Our attention has been called, however, to a provi-
sion of the judgment which allows the statutory penalty of
four per cent upon the full amount of the recovery, includ-
ing the attorney fee of twenty-five per cent of the judgment.
We think that the statutes contemplate that such penalty
shall be computed only upon the amount of the recovery,
exclusive of the attorney's fee.

The judgment will be modified, by limiting the computation of the four per cent penalty to the amount of the judgment, excluding the attorney's fee; and, as so modified, the judgment will be affirmed.

DOAN and CAMPBELL, JJ., not participating.